IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES DUPREE, | § | |
| | § | No. 167, 2025 |
| Defendant Below, Appellant, | § | |
| | § | Court Below–the Superior |
| v. | § | Court of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2002007001A/B |
| | § | |
| Appellee. | § | |

Submitted: October 22, 2025
Decided: October 30, 2025

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's Order Adopting Commissioner's Report and Recommendation dated April 2, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice